UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ED KONEK,

v.

ALAN HAMILTON, et al.,

Defendant.

CASE NO. C02-1313C

ORDER OF DISMISSAL

Counsel having notified the Court of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed with 90 days of the date of this Order. Any trial date and pretrial dates previously set are hereby VACATED.

IT IS SO ORDERED this __8__ day of December, 2003.

John C. Coughenour
Chief United States District Judge



02-CV-01313-ORD